## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action Number: _____

**DENNIS FARRAH**,

    Plaintiff,

v.

**INSURANCE NEWSNET.COM, INC.**; and,
**WAYNE HEILMAN**

    Defendants.

___

### COMPLAINT AND JURY DEMAND
___

Plaintiff, Dennis Farrah, for his claims against Defendants, alleges as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 (diversity of citizenship).

2. The amount in controversy exceeds $75,000.

3. Venue is proper under 28 U.S.C. § 1391(b)(2) because a substantial part of the acts and omissions giving rise to the claims occurred in the District of Colorado.

### PARTIES

4. Plaintiff is a citizen of the State of Arizona.

5. Defendant Insurance NewsNet.Com, Inc. is a citizen of the Commonwealth of Pennsylvania.

6. Defendant Wayne Heilman is a citizen of the State of Colorado.

## BACKGROUND

7. On January 26, 2021, Defendants published and maintained on the Internet a webpage with false and defamatory statements (hereinafter "the statements"). A copy of the webpage is attached as Exhibit 1. The statements include the following:

   a. That Plaintiff sold securities in Madyson Capital Management without the knowledge or approval of his employer, Taylor Capital Management, Inc.;

   b. That Plaintiff failed to record transactions in the books of Taylor Capital Management, Inc.;

   c. That Plaintiff introduced investors to Madyson Capital Management and its CEO Joseph David Ryan (who was accused of later spending investments on personal items);

8. One or more readers of the statements understood the statements to be defamatory.

9. The substance or gist of the statements were false.

10. Plaintiff had actual and special damages, including by way of illustration and without limitations, loss of reputation, personal humiliation, impairment of quality of life, severe emotional distress, and loss of income.

11. Defendants published and maintained the statements on the Internet despite repeated requests to remove the false and defamatory information concerning Plaintiff.

12. At the time of the publication, Defendants knew the statements were false.

13. At the time of the publication, Defendants made the statements with reckless disregard as to whether the statements were false.

14. Defendants acted in a willful and wanton manner in causing Plaintiff's damages.

## FIRST CLAIM FOR RELIEF

(Defamation)

15. Plaintiff incorporates paragraphs one through 14 of this Complaint.

16. Defendants caused the statements to be published in the same or substantially similar words.

17. The statements were about Plaintiff.

18. The publication of the statements was a cause of Plaintiff's damages.

## SECOND CLAIM FOR RELEIF

(False Light Invasion of Privacy)

19. Plaintiff incorporates paragraphs one through 18 of this Complaint.

20. The statements are highly offensive to a reasonable person.

21. Defendants knew or acted in reckless disregard as to the false light in which Plaintiff would be placed.

FOR THESE REASONS, Plaintiff requests this Court to enter judgment in favor of Plaintiff and against Defendants for general, special, and punitive damages in an amount to be determined at trial and to award interest, costs, and attorney fees allowed by law.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

RESPECTFULLY submitted this 26th day of January 2021.

                PAUL GORDON PLLC

                */s/ Paul Gordon*
                Paul Gordon
                Post Office Box 460395
                Denver, Colorado  80246
                Telephone: (720) 505-0536
                Email: paul@gordon-mediation.com
                *Attorney for Plaintiff*