

NEWSWIRES

 *February 1, 2018*    newswires   

# Colorado Investment Salesmen Disciplined In Securities Case

---

*Gazette, The (CO)*

Investment salesmen from Colorado Springs and Aurora were disciplined Wednesday by the Colorado Division of Securities for selling securities in Madyson Capital Management, which is now in receivership, without the knowledge or approval of their employer, Taylor Capital Management Inc.

The sales representative license of Mark Gregory Raezer of Colorado Springs was suspended for 60 days and the license of Dennis Mitchell Farrah of Aurora was revoked. The actions came after a routine examination by the division into Taylor Capital's Aurora office, which was headed by Farrah, found both representatives were allegedly selling Madyson securities without the company's approval and didn't record the transactions in the company's books. Raezer and Farrah agreed to the license actions, but under the agreement neither admitted or denied the allegations.

The actions come as part of the fallout from a Division of Securities investigation into Colorado Springs-based Madyson Capital Management.

Theft case against Colorado Springs developer back in local courts after appeals

Raezer had been a Taylor representative since 2015, and Farrah had been with the company since 2013; both resigned during the investigation, according to the Financial Industry Regulatory Authority. Farrah declined to comment Wednesday through an attorney. Raezer was not available Wednesday for comment, and a Taylor spokesman declined comment.

Advertisement



(https://insurancenewsnet.com/linkout/6660519)

Denver bankruptcy attorney John Smiley was named receiver in November for assets of Madyson and founder and CEO Joseph David Ryan by Denver District Judge Eric Eliff, who also extended an order freezing the company's and Ryan's assets, totaling $8 million to $9 million. The assets were frozen amid allegations that Madyson and Ryan spent more than $13 million from 78 investors on homes, vehicles, jewelry and other personal items. Many of the investors were introduced to Ryan and Madyson through Farrah's business, the division said.

"The Madyson case has been particularly devastating to investors considering that so many had utilized retirement funds that are now tied up or gone," Colorado Securities Commissioner Gerald Rome said Wednesday in a news release. "Sales representatives have an important duty to properly vet investment opportunities for their clients, as well as to accurately disclose risk, and when that does not take place, investors are harmed. So, failure to live up to these requirements can have series consequences for financial professionals."

-

Contact Wayne Heilman: 636-0234

Twitter @wayneheilman

Advertisement
Facebook Wayne Heilman

Credit: Wayne Heilman

Advertisement

Advertisement



(https://insurancenewsnet.com/linkout/6660519)

© 2021 InsuranceNewsNet.com, Inc. All rights reserved.